UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ANNEMARIE BATCHER,

                Plaintiff,

      v.                              Civil Action No. 1:23-cv-00129-FJS-CFH

COMMISSIONER OF SOCIAL SECURITY,

                Defendant

---------------------------------------------------------------X

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**IT IS HEREBY STIPULATED** by and between Candace Brown Casey, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Howard D. Olinsky, attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$ 6,854.35,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of **$0.00**, as the case was filed *in forma pauperis*.

Respectfully Submitted,

| | |
|---|---|
| Martin J. O'Malley,<br>Commissioner of Social Security, | Annemarie Batcher, |
| By His Attorneys, | By Her Attorney, |

Carla B. Freedman,
United States Attorney

*/s/ Candace Brown Casey*
Candace Brown Casey
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-2438
candace.m.brown.casey@ssa.gov

Howard D. Olinsky, Esq.
Olinsky Law Group
250 South Clinton Street
Suite 210
Syracuse, New York 13202
Telephone: 315-701-5780
Facsimile: 315-701-5781
holinsky@windisability.com

IT IS SO ORDERED.

Frederick J. Scullin, Jr.
Senior United States District Judge

Date: June 18, 2024